**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES SECURITY
AND EXCHANGE COMMISSION,**

        **Plaintiff,**

    **vs.**                                       **Civil Action 2:16-cv-36
Judge Marbley
Magistrate Judge Jolson**

**ROBERT B CROWE,**

        **Defendant.**

**<u>NOTICE</u>**

**PROCEEDING:**      **PRELIMINARY PRETRIAL CONFERENCE**

**PLACE:**             **ROOM 235**
Jos. P. Kinneary U.S. Courthouse
85 Marconi Blvd., R-235
Columbus, OH 43215

**DATE/TIME:**       **May 18, 2016 @ 1:30 p.m.**

**PLEASE NOTE:**

    1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference.   The required form can be found on the Court's website, www.ohsd.uscourts.gov.   Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only)."

    2. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

    3. The conference will be conducted by telephone if any party elects to initiate the conference call. All parties must consent to the telephone conference, and all must <u>participate by telephone</u>.   Personal attendance of any counsel at a telephone conference is strongly discouraged.   The Court must be informed prior to the scheduled date and time if the conference will be by telephone.   The Court may be contacted at 614-719-3470.

    4. Parties or principals represented by counsel are welcome, but not required, to attend the conference. Individuals not represented by counsel must participate personally.

    5. Questions or concerns should be directed to chambers at 614-719-3470.

March 24, 2016                              *s/Jessica Rector*
                                          Jessica Rector, Courtroom Deputy to
                                          Magistrate Judge Kimberly A. Jolson