UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States Securities and
Exchange Commission,**

**N O T I C E**

vs

Case Number 2:16-cv-36

Magistrate Judge Jolson

**Robert B Crowe**

[ X ]   **TAKE NOTICE** that the     Preliminary Pretrial Conference

previously scheduled on   **May 18, 2016**   at   **1:30 p.m.** in the above entitled action has been

**RESCHEDULED** to   **May 19, 2016**   at   **1:30 p.m.**

**Kimberly A. Jolson
United States Magistrate Judge**

s/Jessica Rector

Date:   **April 6, 2016**      (By) Jessica Rector/Courtroom Deputy
(614) 719-3026

To:   Check electronic notice for counsel

Please call Jessica Rector (614-719-3026) if any counsel or parties have been omitted.